**Dated: July 12, 2012,  02:23 PM**

**The following is ORDERED:**



Niles Jackson
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

FRED D RANSOM JR                          CASE NO. 11-14385 NLJ

SSN: XXX-XX-3651
_____
ORDER TO EMPLOYER TO PAY TRUSTEE
_____

   The above-named debtor(s) have filed a petition under Chapter 13 of
the Bankruptcy Code and have submitted future income to the jurisdiction
of this Court.
   IT IS, THEREFORE, ORDERED that until further notice of this Court the
entity from whom the debtor receives income:

                FRANCES KERSEY CITY CLERK
                CITY OF OKLAHOMA CITY
                200 N WALKER
                OKLAHOMA CITY, OK            73102
shall deduct from said income the sum of $           49.38  BI-WEEKLY
beginning on the next day following receipt of this order and deduct a
similar amount BI-WEEKLY              and to remit the deductible sums
IMMEDIATELY after each such pay period to:


                JOHN HARDEMAN, CHAPTER 13 TRUSTEE
                    P.O. BOX 613309
                    MEMPHIS, TN 38101-3309


   IT IS FURTHER ORDERED that all income of the debtor, except the amounts
required to be withheld for taxes, social security, insurance, mandatory
pension, union dues, repayment of a pension loan, or as a result of
another Order of this Court be paid to the debtor in accordance with
usual payment procedure.
   IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR ACCOUNT OF A GARNISHMENT,
WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED

BY THIS COURT CAN BE MADE FROM THE INCOME OF SAID DEBTOR. HOWEVER, THE WITHHOLDING OF FUNDS FOR THE PAYMENT OF A DOMESTIC SUPPORT OBLIGATION PURSUANT TO AN ORDER OR A STATUTE DIRECTING SUCH WITHHOLDING IS SPECIFICALLY AUTHORIZED BY THIS COURT.

   IT IS FURTHER ORDERED that this order supercedes previous orders directing payment of a fixed sum from the debtor's wages each pay period.

   IT IS FURTHER ORDERED that the Trustee is hereby authorized to notify the above-mentioned employer with any payroll deduction changes that may occur throughout the remainder of this Chapter 13 case, or to terminate order upon Debtor being no longer a debtor under Chapter 13, or appropriate cause.

                              ###

APPROVED BY AND SUBMITTED BY:

/s/ John Hardeman
_____
CHAPTER 13 TRUSTEE
PO BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843
trustee@chp13okc.com                                    #896/DK